No. 91. BELL TELEPHONE CO. v. VAN DYKE, SECRETARY OF THE DEPARTMENT OF HIGHWAYS. ▮▮▮▮▮▮▮▮▮▮▮▮ Jurisdictional

**534**

statement submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The appeal herein is dismissed for the reason that the decision of the state court sought here to be reviewed was based upon a non-federal ground adequate to support it. *Enterprise Irrigation District* v. *Canal Co.,* 243 U. S. 157, 162, 165; *Utley* v. *St. Petersburg,* 292 U. S. 106, 111; *Mobile, J. & K. C. R. Co.* v. *Mississippi,* 210 U. S. 187, 204; *Lowry* v. *Silver City G. & S. Mining Co.,* 179 U. S. 196, 198. *Mr. Arthur H. Hull* for appellant. No appearance for appellee.